# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RANJITBHAI A. DESAI and
DHARINI R. DESAI,

    Plaintiffs,

v.                                       Case No:  6:23-cv-718-RBD-EJK

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY and
DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION SERVICES,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 13), filed July 28, 2023.  No answer has been filed.  Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 2, 2023.



ROY B. DALTON, JR.
United States District Judge